UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL MENDOZA,
    Plaintiff

v.                                                C.A. No. 09-298 S

STATE OF RHODE ISLAND,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on November 5, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, the State of Rhode Island's Motion to Dismiss is hereby GRANTED and the instant Petition is DISMISSED without prejudice.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 11/24/09